■ ERIE COUNTY INDUSTRIAL DEVELOPMENT AGENCY, Appellant, v PAUL R. FRY et al., Respondents. (Appeal No. 2.) [678 NYS2d 545] —Order unanimously affirmed with costs. Same Memorandum as in *Erie County Indus. Dev. Agency v Fry* (254 AD2d 721 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—EDPL.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Boehm, JJ.